# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ANTHONY PORTER,

> Plaintiff,

> v.

DALIA SULIENE,

> Defendant.

## JUDGMENT IN A CIVIL CASE

**Case No.: 09-cv-038-slc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against defendant.**

PETER OPPENEER

_____
**Peter Oppeneer, Clerk**

**/s/ M. Hardin**

_____
**by Deputy Clerk**

_____4/2/09_____
Date