IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANTHONY PORTER,

            Plaintiff,                          ORDER

      v.                                    09-cv-38-slc

DALIA SULIENE,

            Defendant.

---

In this case, plaintiff Anthony Porter has been granted leave to proceed *in forma pauperis* on his claims against defendant Dalia Suliene for alleged violations of his Eighth Amendment rights and his rights under Wis. Stat. § 448.30. Now before the court is plaintiff's motion to compel discovery. Defendant has responded to the motion.

In his motion, plaintiff moves to compel defendant to answer fully "all interrogatories, requests for admissions and production of documents." Plaintiff did not attach copies of any discovery requests to his motion. However, on June 18, 2009, he filed a copy of his second request for production of documents with the court in which he requested his medical records. This is the only discovery request that plaintiff served on defendant. Defendant responded to this request on July 16, 2009, advising plaintiff of how to inspect and copy his medical file. Because defendant has replied to the only discovery request served on her by plaintiff, his motion to compel discovery will be denied.

ORDER

IT IS ORDERED that plaintiff's motion to compel discovery, dkt. #37, is DENIED.

Entered this 2nd day of September, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge