IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY PORTER,

    Plaintiff,

v.

DALIA SULIENE

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-38-vis

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant granting defendant's motion for summary judgment with respect to plaintiff's claim that defendant violated his Eighth Amendment rights by refusing to authorize surgery for an abscess and dismissing without prejudice plaintiff's claim that defendant violated Wis. Stat. § 448.30 to plaintiff's refiling the claim in state court.

_____      2/10/10
Peter Oppeneer, Clerk of Court            Date